IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LAMAR SMITH, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 2:22-cv-322-ECM |
| | ) (WO) |
| STATE OF ALABAMA, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On July 22, 2022, the Magistrate Judge entered a Recommendation (doc. 3) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED that the Recommendation of the Magistrate Judge is ADOPTED, this case is DISMISSED without prejudice as improperly filed and the motion to proceed *in forma pauperis* (doc. 2) is DENIED as moot.

A separate Final Judgment will be entered.

DONE this 25th day of August, 2022.

       /s/ Emily C. Marks
       EMILY C. MARKS
       CHIEF UNITED STATES DISTRICT JUDGE